UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:18-MJ-07234 SPM |
| SALWA ALBAYATI, | ) ) ) ) |
| Defendant. | ) |

**MOTION TO CONTINUE THE PRELIMINARY EXAMINATION**

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, Tracy L. Berry, Assistant United States Attorneys for said District, and requests that this Honorable Court continue the preliminary examination an additional 30 days or a date after September 29, 2018.

The preliminary examination in the above-styled case is set for August 30, 2018. Because the parties are working toward settlement of the matter through a plea to a criminal information, the government is requesting a continuance of the scheduled preliminary examination an additional 30 days or a date after September 29, 2018 pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

This motion is filed with the consent of defendant.

Accordingly, the United States requests that this Honorable Court continue the

1

preliminary examination for an additional 30 days or a date after September 29, 2018.

                Respectfully submitted,

                JEFFREY B. JENSEN
                United States Attorney

                s/ *Tracy Lynn Berry*
                TRACY LYNN BERRY #508314
                Assistant United States Attorney
                111 South 10th Street, Room 20.333
                St. Louis, Missouri  63102
                (314) 539-2200

## CERTIFICATE OF SERVICE

Copy of the foregoing will be sent through the electronic case filing system on the 17th day of August 2018 to Jay Kanzler, Esq.

                  s/ Tracy Lynn Berry
                ASSISTANT UNITED STATES ATTORNEY